IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| MD AMERICA ENERGY, LLC,, *et al.*, | § Case No. 20-34966 (DRJ) <br> § |
| Debtors.[1] | § (Jointly Administered) |

**NOTICE OF CANCELLATION OF HEARING**
[Relates to Docket Nos. 8, 57]

**PLEASE TAKE NOTICE THAT** the hearing on the *Debtors' (A) Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Modifying the Automatic Stay* [Docket No. 8] scheduled for **November 3, 2020 at 1:30 p.m.** (Central Time), before the Honorable David R. Jones of the United States Bankruptcy Court for the Southern District of Texas, has been **CANCELLED**.

*[Remainder of Page Intentionally Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: MD America Energy, LLC (0164), MD America Energy Holdings, Inc. (5493), MD America Intermediate Holdings, LLC (3204), MD America Holdings, LLC (5748), MD America Pipeline, LLC, and MD America Finance Corporation (8321). The address of the Debtors' headquarters is: 301 Commerce Street, Suite 2500 Fort Worth, Texas 76102.

1

10807857

Dated: November 3, 2020.

          **PORTER HEDGES LLP**

By:   */s/ John F. Higgins*
      John F. Higgins (TX 09597500)
      M. Shane Johnson (TX 24083263)
      Megan Young-John (TX 24088700)
      Mark D. Jones (TX 24083273)
      1000 Main Street, 36th Floor
      Houston, Texas 77002
      Telephone: (713) 226-6000
      Fax: (713) 226-6248
      jhiggins@porterhedges.com
      sjohnson@porterhedges.com
      myoungjohn@porterhedges.com
      mjones@porterhedges.com

      **PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

10807857